[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 229.]

OLANDER, APPELLEE, *v.* NATIONWIDE MUTUAL INSURANCE COMPANY, APPELLANT, ET AL.

[Cite as *Olander v. Nationwide Mut. Ins. Co.*, 1996-Ohio-260.]

*Insurance—Motor vehicles—Pursuant to former R.C. 3937.18, an underinsurance claim must be paid, when—Determining amount of underinsurance coverage to be paid.*

(No. 96-59—Submitted July 10, 1996—Decided August 7, 1996.)

APPEAL from the Court of Appeals for Franklin County, No. 95APE03-272.

_____

*Plymale & Associates* and *Andrew W. Cecil,* for appellee.

*Crabbe, Brown, Jones, Potts & Schmidt, William H. Jones, Stephanie R. Bostos* and *Michael R. Henry*, for appellant.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d 220, 667 N.E.2d 353.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur

MOYER, C.J., and COOK, J., dissent.

STRATTON, J., not participating.

_____